Opinion by SHARPE, J.

---

# Robinson *v.* Clark.

APPEAL from the Circuit Court of Limestone.
Tried before the Hon. A. H. ALSTON.

D. W. SPEAKE, for appellant.

A. J. HARRIS, *contra.*

The appellee brought the present action against the appellant, to recover damages for false imprisonment. A judgment of dismissal was entered on motion of the plaintiff, and the defendant was by the court taxed with the costs of the suit. From this judgment the present appeal is prosecuted.

The judgment is affirmed on the authority of *Robinson v. Starnes,* 137 Ala. 438.